## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 5, 2007

Memo To Counsel Re: Leeann Flynn Hall v. Lt. Gen. Keith B. Alexander
Civil No. JFM-06-2153

Dear Counsel:

I have preliminarily reviewed the memoranda submitted in connection with defendant's motion to dismiss or for summary judgment.

I note that in paragraph 4 of plaintiff's opposition, she requests production of "all of the handwritten notes taken [by] board members." Defendant correctly points out in his reply that technically this request is insufficient under Fed. R. Civ. P. 56(f). However, in light of the limited nature of the information sought by plaintiff, I request that defendant produce to plaintiff on or before April 16, 2007 any such handwritten notes if they exist. If there are no such handwritten notes, I ask counsel for defendant to so advise plaintiff and the court on or before April 16, 2007.

If the handwritten notes do exist, plaintiff may submit a supplemental memorandum opposing defendant's summary judgment motion on or before April 26, 2007.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge