# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 13, 2007

Memo To Counsel Re: Leeann Flynn Hall v. Lt. Gen. Keith B. Alexander
                    Civil No. JFM-06-2153

Dear Counsel:

In recently reviewing my records, I realized that I had neglected to enter an order after the hearing held on May 23, 2007.

For the reasons stated at the hearing, summary judgment is entered on behalf of defendant as to plaintiff's gender discrimination and reprisal claims, stated, respectively, in counts two and three. Defendant's motion to dismiss or for summary judgment is, however, denied as to plaintiff's claim under the Equal Pay Act stated in count one. I am unpersuaded that plaintiff's claim is barred by limitations in light of the established case law that an employer's decision to pay a female less than her male counterparts constitutes a continuing violation. *See, e.g., Brewster v. Barnes*, 788 F.2d 985, 983 (4th Cir. 1986).

A conference call will be held on  August 28, 2007   at 9:00  a.m. to discuss the appropriate schedule in this case.   I ask counsel for plaintiff to initiate the call.

Enclosed is a form scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge